|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 14, 2015<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CHARLES TUCKER,<br><br>   Defendant. | Case No. 2:15-mj-00191-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHARLES TUCKER</u>,

Case No. <u>2:15-mj-00191-AC</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

**X**   Unsecured Appearance Bond $ <u>100,000. Cosigned by Stephen Tucker.</u>

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

**X**   (Other): <u>Released from the Marshal's office at 9:00 A.M. on 10/15/15 to Pretrial Services.</u>

Issued at Sacramento, California on October 14, 2015 at 2:48 pm

By: _____
Magistrate Judge Carolyn K. Delaney