UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 14, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES TUCKER,<br><br>Defendant. | Case No. 2:15-mj-00191-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _CHARLES TUCKER_,

Case No. _2:15-mj-00191-AC_ from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ \_\_\_\_\_

**X**   Unsecured Appearance Bond $ 100,000. Cosigned by Stephen Tucker.

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

**X**   (Other): Released from the Marshal's office at 9:00 A.M. on 10/15/15 to Pretrial Services.

Issued at Sacramento, California on October 14, 2015 at 2:48 pm

By: _[signature]_
Magistrate Judge Carolyn K. Delaney