The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>CHARLES TUCKER | Case Number: 15-209 GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CONDITIONS**<br>**OF PRETRIAL RELEASE**<br><br>**DATE: N/A**<br>**TIME:  N/A**<br>**DEPT: Hon. Allison Claire** |

  In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Allison Claire on October 14, 2015.

  I have spoken with Mr. Tucker's Pretrial Services Officer Mr. Darryl Walker and he has informed me that both he and AUSA Chrstiaan Highsmith agree that the order that Mr. Tucker's requirements that he be subject to ankle monitoring (Special Condition # 15) and a curfew (Special Condition #16) be deleted. All other orders to remain unchanged.

IT IS THERFORE STIPULATED:

Mr. Travis Tucker's Special Conditions of Release #15 (Electronic Monitoring) and #16 (Curfew) be deleted. All other orders to remain unchanged.

Dated: April 11, 2016
BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Christiaan Highsmith
ASSISTANT UNITED STATES ATTORNEY

Dated: April 11, 2016
OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR TRAVIS OLIBAS

IT IS SO ORDERED

Mr. Charles Tucker's Special Conditions of Release # 15 and #16 be deleted so that his requirements of electronic monitoring curfew shall be terminated. All other orders to remain unchanged.

Dated: April 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE